[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 4, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-13972
Non-Argument Calendar

_____

D. C. Docket No. 07-00016-CR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM K. CAPPS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(November 4, 2009)

Before BIRCH, MARCUS and COX, Circuit Judges.

PER CURIAM:

Frank L. Butler, III, appointed counsel for William K. Capps in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and Capps's conviction and sentence are **AFFIRMED**.